UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC *et al.*,<br><br>　　　　Reorganized Debtors.<br><br>---<br><br>MOHSIN Y. MEGHJI, as Representative for the Post-Effective Date Debtors,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEXANDER MASHINSKY *et al.*,<br><br>　　　　Defendants. | Case No. 25-cv-01414-DEH |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Pieter Van Tol, a member of Van Tol Law PLLC and an attorney admitted to practice before this Court, hereby appears as counsel for Defendants Shlomi Daniel Leon, Aliza Landes, and Alchemy Capital Partners, LP, in the above-captioned matter, and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below.

Dated: Brooklyn, New York
　　　　February 19, 2025

**VAN TOL LAW PLLC**

By: <u>/s Pieter Van Tol</u>

199 8th Avenue, Suite B3
Brooklyn, New York 11215
Telephone: (917) 514-9464
pvantol@vantol-law.com

*Counsel for Defendants Shlomi Daniel Leon, Aliza Landes, and Alchemy Capital Partners, LP*