UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*, [1]<br><br>　　　　Reorganized Debtors.<br><br>Mohsin Y. Meghji, as Representative for the Post-Effective Date Debtors,<br><br>　　　　Plaintiff,<br><br>ALEXANDER MASHINSKY, SHLOMI DANIEL LEON, HANOCH GOLDSTEIN, RONI COHEN-PAVON, HARUMI URATA-THOMPSON, JEREMIE BEAUDRY, JOHANNES TREUTLER, KRISTINE MEEHAN MASHINSKY, ALIZA LANDES, AM VENTURES HOLDING, INC., KOALA1 LLC, KOALA2 LLC, KOALA3 LLC, ALCHEMY CAPITAL PARTNERS, LP, BITS OF SUNSHINE LLC, AND FOUR THIRTEEN LLC.<br><br>　　　　Defendants. | Case No. 25 Civ. 01414 (DEH)<br><br>Related Case Nos.:<br><br>22-10964 (MG)<br><br>24-03667 (MG) |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that LEIGH NATHANSON of the law firm King & Spalding LLP, 1185 Avenue of the Americas, New York, New York 10036, an attorney admitted to practice before this Court, hereby enters her appearance as counsel for Defendants Kristine Meehan and

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Koala2 LLC in the above-captioned matter, and requests that copies of all filings, notices, motions, discovery and all other matters in this action be served upon her.

Dated: New York, New York
February 20, 2025

                                **KING & SPALDING LLP**

                                By: */s/ Leigh M. Nathanson*

                                Leigh M. Nathanson (Bar No. 4900106)
                                1185 Avenue of the Americas
                                New York, NY 10036
                                Tel: (212) 556-2100
                                Fax: (212) 556-2222
                                lnathanson@kslaw.com

                                *Counsel for Kristine Meehan and Koala2 LLC*