UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC *et al.*,<br><br>      Reorganized Debtors.<br><br>MOHSIN Y. MEGHJI, as Representative for the Post-Effective Date Debtors,<br><br>      Plaintiff,<br><br>    v.<br><br>JEREMIE BEAUDRY, SHLOMI DANIEL LEON, ALIZA LANDES, ALCHEMY CAPTIAL PARTNERS, LP, KRISTINE MEEHAN MASHINSKY, KOALA2 LLC, AND HARUMI URATA-THOMPSON<br><br>      Defendants. | Case. No. 25-cv-01414-DEH<br><br><br><br><br><br>Related Case Nos:<br><br>22-10964 (MG)<br><br>24-03667 (MG) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Constantine P. Economides of Dynamis LLP, an attorney admitted or to practice before this court, hereby appears as counsel for Defendant Harumi Urata-Thompson in the above-captioned matter, and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below.

1

Dated: February 21, 2025

*/s/ Constantine P. Economides*
Constantine P. Economides
NY Bar No. 4970133
**DYNAMIS LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel: (305) 985-2959
ceconomides@dynamisllp.com

*Attorney for Harumi Urata-Thompson*