UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mohsin Y. Meghji,<br><br>                                  Plaintiff(s),<br><br>                      v.<br><br>Jeremie Beaudry,<br><br>                                  Defendant(s). | 25-CV-1414 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On February 19, 2025, Defendant filed his Motion to Withdraw the Bankruptcy Reference. ECF No. 1.  It is hereby ORDERED that any opposition or other form of an answer shall be filed **by March 4, 2025**.  Any reply shall be due **within seven days of the opposition or answer**.

SO ORDERED.

Dated: February 21, 2025
        New York, New York

_____
DALE E. HO
United States District Judge